March 28, 2008

Mr. J. Bruce Bennett
Cardwell, Hart & Bennett, L.L.P.
807 Brazos, Suite 1001
Austin, TX 78701
Mr. Don E. Weiss
Stevens & Weiss, P.C.
14310 Northbrook #200
San Antonio, TX 78232

RE: Case Number: 06-1044
 Court of Appeals Number: 04-05-00846-CV
 Trial Court Number: 9932

Style: GENEVIA BUSHNELL AND DEWARD RAYMOND (D.R.) BUSHNELL
 v.
 JANET MOTT

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle |
| |Ms. Barbara Meyer |
| |Ms. Marilyn Stiles Hampton |
| |Shoemaker |